No. 241. ALLEN ET AL. *v.* WILLIAMSON, TRUSTEE, ET AL.;

No. 274. WILLIAMSON, TRUSTEE, *v.* COMMISSIONER OF INTERNAL REVENUE ET AL.;

No. 325. VANSTON BONDHOLDERS PROTECTIVE COMMITTEE *v.* COLUMBIA GAS SYSTEM, INC., ET AL.;

No. 336. COMMITTEE FOR HOLDERS OF KENTUCKY FUEL GAS CORP. 6½% DEBENTURES *v.* COLUMBIA GAS SYSTEM, INC., ET AL.; and

No. 342. KERN *v.* WILLIAMSON, TRUSTEE, ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Robert S. Spilman, Jr.* for Allen et al., petitioners in No. 241. *Selden S. McNeer* for petitioner in No. 274. *George W. Jaques* and *E. Fontaine Broun* for petitioner in No. 325. *Harold J. Gallagher, Walter H. Brown, Jr.* and *John L. Smith* for petitioner in No. 336. *Carlos L. Israels, Leo T. Wolford, George Rosier* and *Victor Brudney* for petitioner in No. 342. *Solicitor General Rankin, Thomas G. Meeker, David Ferber* and *Aaron Levy* for the Securities and Exchange Commission, respondent in Nos. 241, 325, 336 and 342. *Mr. Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Fred E. Youngman* for the Commissioner of Internal Revenue, respondent in No. 274. *Edward S. Pinney* and *Richard deY. Manning* for the Columbia Gas System, Inc., respondent in Nos. 241, 325, 336 and 342. Reported below: 241 F. 2d 374.

No. 242. BLACKWELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application. *Charles M. Metzner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.